ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
DANIEL LAYTON (SBN 240763)
Assistant United States Attorney
    Room 7211 Federal Building
    300 North Los Angeles Street
    Los Angeles, CA 90012
    Telephone: (213) 894-6165
    Facsimile: (213) 894-0115
    Email: Daniel.Layton@usdoj.gov
Attorneys for Defendant
United States of America

JS-6

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| EMILY STUHLBARG and RICHARD NORENE, Co-Conservators of the estate of Frank Parker,<br><br>        Plaintiffs,<br><br>  vs.<br><br>UNITED STATES OF AMERICA, on behalf of its agency Internal Revenue Service; STATE OF CALIFORNIA, on behalf of its agency Franchise Tax Board; MARK BOOTHBY; and DOES 1 through 100, inclusive,<br><br>      Defendants. | No. CV11-01877-AHM (PJWx)<br><br>ORDER ON STIPULATION AS TO LIEN PRIORITY BETWEEN DEFENDANT UNITED STATES OF AMERICA AND DEFENDANT STATE OF CALIFORNIA |

Based on the stipulation as to lien priority between defendant United States of America ("**United States**" or "**IRS**") and defendant State of California, on behalf of its agency Franchise Tax Board ("**FTB**"), the Court adopts the stipulation and orders as follows:

1

1.      On March 4, 2011, the instant federal interpleader action was filed in the District Court for the Central District of California.

2.      On July 25, 2011, plaintiffs deposited the interpleaded funds of $313,553.20 with the District Court.

3.      The State of California and the United States agree that the FTB has lien interests under state law against the interpleaded funds based upon its state income tax assessments for Frank Parker's 2004, 2005, 2006, 2007, 2008, and 2009 tax years.

4.      The State of California and the United States agree that the IRS has lien interests under federal law against the interpleaded funds based upon its federal income tax assessments for Frank Parker's 2004, 2005, 2006, 2007, 2008, and 2009 tax years.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

5.    The United States of America and the State of California agree that, as between them, the relative order of priorities of their respective interests against the funds interpleaded in this action are as follows, plus interest and penalties accruing as provided by law from the dates stated in the "Balance Due" column:

| Entity & Year | Balance Due | Date Underlying Taxes/Penalties Assessed | Date Notice of Lien Filed | County Notice of Lien Filed |
|---|---|---|---|---|
| IRS 2005 | $37,220.74 as of 1/31/2012 | 3/5/2007 | 12/3/2007 | Solano County |
| IRS 2006 | $114,121.08 as of 1/31/2012 | 6/4/2007 | 12/3/2007 | Solano County |
| FTB 2007 | $9,202.46 as of 8/24/2010 | 10/29/2009 | 8/19/2010 | Los Angeles County |
| FTB 2008 | $15,603.34 as of 8/24/2010 | 11/29/2009 | 8/19/2010 | Los Angeles County |
| IRS 2007 | $42,255.25 as of 1/31/2012 | 11/9/2009 | 5/17/2010 & 5/4/2011 | Los Angeles and Solano Counties |
| IRS 2008 | $56,298.38 as of 1/31/2012 | 11/9/2009 | 5/17/2010 & 5/4/2011 | Los Angeles and Solano Counties |
| IRS 2004 | 97,130.18 as of 1/31/2012 | 1/25/2010 | 5/17/2010 & 5/4/2011 | Los Angeles and Solano Counties |
| FTB 2004 | $18,124.38 as of 8/24/2010 | 2/22/2010 | 8/19/2010 | Los Angeles County |
| FTB 2009 | $29,266.34 as of 8/24/2010 | 6/9/2010 | 8/19/2010 | Los Angeles County |
| IRS 2009 | $87,521.09 as of 1/31/2012 | 6/28/2010 | N/A | N/A |

///
///

3

6.     The State of California and the United States will bear their own costs and attorney's fees as against each other.  This case shall be dismissed and closed.

**IT IS SO ORDERED.**

DATED: February 23, 2012        _____

                                HON. A. HOWARD MATZ
                                United States District Court Judge

**JS-6**

Respectfully submitted,
ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

DANIEL LAYTON
Assistant United States Attorney
Attorneys for the United States of America

4