# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV11-01877 AHM (PJWx) | Date | December 18, 2012 |
|---|---|---|---|
| Title | STUHLBARG, et al. v. UNITED STATES OF AMERICA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | | |
|---|---|---|---|
| Stephen Montes | Not Reported | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**       IN CHAMBERS (No Proceedings Held)

     The Court has received the responses of Defendant Boothby and Defendant United States in response to the Court's Order to Show Cause dated December 11, 2012. In light of the parties' filings, the Court intends to file the attached judgment unless a party objects by Wednesday, December 26, 2012.

|  | : |
|---|---|
| Initials of Preparer | SMO |

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| EMILY STUHLBARG and RICHARD NORENE, Co-conservators of the Estate of Frank Parker, | ) ) ) ) ) | CASE NO. CV 11-1877 AHM (PJWx) |
| Plaintiffs, | ) ) | JUDGMENT |
| v. | ) ) | |
| UNITED STATES OF AMERICA, et al, | ) ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

The Court enters judgment in accordance with the terms in the Court's Minute Order dated October 26, 2012. The plaintiffs are ordered to distribute the interpleaded funds in a manner consistent with that order. Any remaining claims are dismissed.

DATE: December 18, 2012

_____
A. Howard Matz
United States District Judge